

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Glenn J. Childo

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Guardian Guard Service Inc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:17-cv-10984
Judge: Cox, Sean F.
MJ: Majzoub, Mona K.
Filed: 03-28-2017 At 03:53 PM
CMP CHILDS V GUARDIAN GUARD SERVICE
INC (BG)

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

## Complaint for Employment Discrimination

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Glenn Childs |
| Street Address | 10758 Somerset |
| City and County | Detroit  Wayne County |
| State and Zip Code | Mich  48224 |
| Telephone Number | 313 682-4375 |
| E-mail Address | Childs Glenn56@ yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Guardian Guard Service Inc |
| Job or Title (if known) | Former Employer |
| Street Address | 23800 Southfield Rd |
| City and County | Southfield   Oakland County |
| State and Zip Code | Mich  48075 |
| Telephone Number | 800-782-9688 |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Butzel Long Attorneys Brett J. miller (P68612 |
| Job or Title (if known) | Attorneys  For  Defendant # 1. |
| Street Address | 150 West Jefferson |
| City and County | Detroit  Wayne County |
| State and Zip Code | Mich  48226 |
| Telephone Number | 313 225-7034 |
| E-mail Address (if known) | millerbr@butzel.com |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question               ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:
GENETIC INFORMATION NON DISCRIMINATION ACT OF 2008. UNLAWFUL INTENTIONAL DISCRIMINATION 42 U.S.C. ◊ 2000e-5   VIOLATION OF SECTION 102 (b) (5)

☒    Relevant state law *(specify, if known)*:
INTENTIONAL INFLICTION OF EMOTIONAL DURESS BREACH OF FIDUCARY DUTY

☐    Relevant city or county law *(specify, if known)*:

4

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐    Failure to hire me.
- ☒    Termination of my employment.
- ☐    Failure to promote me.
- ☒    Failure to accommodate my disability.
- ☒    Unequal terms and conditions of my employment.
- ☒    Retaliation.
- ☐    Other acts *(specify)*:

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
1-2-16     To     2-13-16

C.    I believe that defendant(s) *(check one)*:

- ☒    is/are still committing these acts against me.
- ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐    race _____
- ☐    color _____
- ☐    gender/sex _____
- ☐    religion _____
- ☐    national origin _____
- ☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒    disability or perceived disability *(specify disability)*
  Called off work due To Chest + Arm Pain

5

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

E.    The facts of my case are as follows.  Attach additional pages if needed.

See  intake  QuesTioNaire
ATTached  Pubes

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: Childs     First Name: Glenn     MI: V

Street or Mailing Address: 10758 Somerset     Apt or Unit #: _____

City: Detroit     County: Wayne     State: Mich     Zip: 48224

Phone Numbers: Home: (313) 948-1777     Work: (___) _____

Cell: (___) _____     Email Address: GlennChilds450@gmail.com

Date of Birth: 2-5-59     Sex: ☒Male ☐ Female     Do You Have a Disability? ☐ Yes ☒No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Carrie Settle     Relationship: Mother

Address: 10758 Somerset     City: Detroit     State: MI     Zip Code: 48224

Home Phone: (313) 417-0513     Other Phone: (___) N/A

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Guardian Guard Services

Address: 25860 Southfield Rd     County: Oakland

City: Southfield     State: MI Zip: 48075     Phone: (248) 233-1320

Type of Business: Guard Serv     Job Location if different from Org. Address: 18000 W 8 mile

Human Resources Director or Owner Name: Alan Roberson     Phone: (___) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15     ☐ 15 – 100     ☐ 101 – 200     ☐ 201 – 500     ☒More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: 9-17-13     Job Title At Hire: Security Officer

Pay Rate When Hired: 9.00     Last or Current Pay Rate: 9.00

Job Title at Time of Alleged Discrimination: Security Officer     Date Quit/Discharged? 2-13-16  2-12-1

Name and Title of Immediate Supervisor: Lawrence Batashs

If Job Applicant, Date You Applied for Job _____     Job Title Applied For _____

1

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☒ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

I Do Not have Any Disability
I Simply called oFF sick

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes  ☒ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes  ☒ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: Called in Per Attendance Policy called oFF due To not Feeling well

How did your employer respond to your request? ASk me To Go To doctor and Get A Medical Clearance Employer Did not have A Pre Employment Physical Requirement For Employment

3

The Nature of The Sickness I Told him what I was experiencing he Then suggested I GO TO The doctor AT That Point The Dispatcher Rudley interrupted The Conference call And Pulled me From my Next Scheduled shift on 1-2-16 The Acct mgr hung up or Got Cut off, The Dispatcher Argued with me and The hung up Phone. I called back And spoke To Dispatcher Amanda And Ask her To Let me speak To Acct mgr Lawrence betricht instead I was directed To his voice mail I Left message I Thought I Was being Treated unfairly due to Past complaints. My call oF was within Company Policy more Than 4 hrs Notice.

. G.C (EGenievia verna similar incident)
in Proper call off EGenievia verna was not
Asked To brins A doctor Clearance To work her Next Scheduled shift she was not Taken off Schedule

On 1-2-16 I was Feelin better And wet To work but was unable To Clock in I actually Would been scheduled 12p-3p on Sat I Got There at 1155A, I contacted dispatch And spoke To bridget She informed me I was Removed From Schedule G.C Pending A Requested DR clearance by dispatch on 12-31-16 but I was scheduled For week on 1-4-16 with NO Restrictions.

Glenn Chiles
9-2-16

On 1-4-16 I received a voice message from Guardian Acct mgr Lawrence Bateshe saying, he just had a meeting with H&R and do to the symptoms I gave him on the phone during my call off the employer would need something in writing from a doctor that everything is fine with me or the employer could not work me even if I felt 100% ok now I would still need something in writing from a doctor so I was being pulled from my 1-4-16 & 1-5-16 schedule immediately and if I got something to him on 1-5-16 I could be put back on the schedule on 1-6-16 if not I could not be put back on the schedule I made a attempt to communicate by trying to grieve the actions of Acct mgr thru the company's Administrative Review Grievance Policy I II III IV V VI by faxing H&R Generalist Deanna Tucker and asking for contact + info + names of chain of command officers I was ignored.

Glenn Child
9-28-16

3 OF 3
UIA Claim C405

On 1-11-16 I Renewed with Claim C405
6286-0 And soon After begin collecting
UIA Benefits At 200.00 a week.

Employer made A False claim That I
Was on A Approved Leave of Absence
From 12-31-15 To 2-12-16, This was denied
And Appealed And went To a UIA hearing
were it was deemd I was not on
A Leave of Absence And

On 1-26-16 The Employer Sent a Letter
Threating Termination if I don't Give
Them documantation Regarding illness I Responded with
in A Second UIA hearing Employer claim To confirm delivery of Fax
I voluntary Quit on 2-13-16 For Personal
Reasons in A Previos charge Against Employer
MDCR # 469213 Employer stated I Voluntary Quit
On 2-12-16 For Personal Reasos, however I
believe I was Terminated wrongfully
discharge in violation of America Disability
Act & Genetic Information For Not
Providing Test Information. The Employer
made Statements in UIA hearings & MDCR
469213 That They believed I had A
diesese which I don't have,

Glenn Childs
Sept 28 2016

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

### IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

9 - 28 - 16  &  10 - 3 - 16

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

12 - 28 - 16

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

### V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

Compensation  of  Damages   Intentional  Discrimination
Punitive →  in  violation  of  section
102 (b) (5)  42 U.SC. @ 1211
To  12117.  300.000
500  or  more  Employees

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___March 28___, 20_1 7_.

Signature of Plaintiff  _Glenn Chidd_

Printed Name of Plaintiff  _Glenn Chidd_

8

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Glenn V. Childs
10758 Somerset Street
Detroit, MI 48224

From: Detroit Field Office
477 Michigan Avenue
Room 865
Detroit, MI 48226

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2017-00162 | Doritha R. Brown, Investigator | (313) 226-4618 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice, or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Michelle F. Eisele,
District Director

(Date Mailed)

Enclosures(s)

cc: Deanna Tucker
Human Resources
GUARDIAN GUARD SERVICES
20800 Southfield Road
Southfield, MI 48075

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**Additional Information:**

See Employer Note Attached
January 26 2016
Registered Certified Letter
Return Receipt , Fax
To EEOC with Signed Charge 12-7-16

9

# GUARDIAN

## ALARM • GUARD • MEDICAL MONITORING

January 26, 2016

Dear Mr. Childs

During a conversation with your account manager Lawrence Batarseh on 12/31/2015 you were instructed to bring in documentation regarding a illness due to calling off for your shift at Harbours Apartments. To date we have not received this documentation and will need for you to contact your account manager Lawrence Batarseh by February 12, 2016 regarding your employment status with Guardian Guard Services. Account manager Lawrence Batarseh can be reached at the following number at the Guardian Guard Services main branch office in Southfield.  248-233-1507. If for some reason we do not hear from you at the end of the business day on the above date we will be forced to take further steps to terminated your employment with Guardian Guard Services, i.e. voluntary resignation.

Sincerely,

Guardian Guard Services
Human Resources

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 12/07/2016 10:42
                              NAME  : FEDEX OFFICE     0484
                              FAX   : 313--885-9925
                              TEL   :
                              SER.# : U63314H4J767980
```

```
        DATE,TIME              12/07  10:41
        FAX NO./NAME           13132264612
        DURATION               00:00:40
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

OFFICIAL USE

Certified Mail Fee $3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $0.47

Total Postage and Fees $3.47

Sent To EEOC Patrick V Mcnamara Bldg Room 865
Street and Apt. No., or PO Box No. 477 Mich Ave
City, State, ZIP+4 Detroit Mich 48224

PS Form 3800, Apr 2015    See Reverse for Instructions

7016 1970 0000 7109 0129

---

512652-92280

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) EEOC
C. Date of Delivery 10-3-10

1. Article Addressed to:

EEOC
Patrick V Mcnamara
477 Mich Ave
Detroit Mich 48226
Room 865

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2143 6193 8824 12

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 1970 0000 7109 0129

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Detroit Field Office**

477 Michigan Avenue, Room 865
Detroit, MI  48226
Detroit Direct Dial:  (313) 226-4600
FAX (313) 226-4612
Website:  www.eeoc.gov

November 22, 2016

Mr. Glenn Childs
10758 Somerset Street
Detroit MI  48224

Hello Mr. Childs:
 as you requested when we spoke earlier today on 11/22/16 here is a copy of the charge that
Investigator Brown drafted for you revised to reflect your wish to include the Genetic
Information Non-Discrimination Act of 2008, if further revisions are needed please contact me at
(313)226-2006 to discuss them.
Sincerely,

Justin Leone

*Justin Leone*


Office

# Fax Cover Sheet

Date __12 - 7 - 16__          Number of pages __2__ (including cover page)

## To:

Name __Justine Leone__

Company __EEOC__

Telephone __313 226-2006__

Fax __313 226-4612__

## From:

Name __Glenn Child__

Company __10756 Somerset Detroit MI 48224__

Telephone __313 682-4375__

Comments __Mr. Leone is this ok you stated I did not need a notary so I don't have to sign on the night if not please email and I will send another fax I made changes and initialed as instructed__

‖7‖90363‖00711‖1
Fax - Local Send

‖7‖90363‖00714‖2
Fax - Domestic Send

‖7‖90363‖00720‖3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.OP00.002          0017745PM

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 471-2017-00162 |

| **Michigan Department Of Civil Rights** | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) **Mr. Glenn V. Childs** | Home Phone (Incl. Area Code) **(313) 682-4375** | Date of Birth **02-05-1959** |
|---|---|---|

| Street Address **10758 Somerset Street, Detroit, MI 48224** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name **GUARDIAN GUARD SERVICES** | No. Employees, Members **500 or More** | Phone No. (Include Area Code) ~~(800) 782-9688~~  248-233-1526  G.C. |
|---|---|---|

| Street Address **20800 Southfield Road,  Southfield, MI 48075** | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest **02-13-2016**   Latest **02-13-2016** |
| ☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☒ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above-named employer on 09-17-13 and the last position held was Security Officer.

During a conversation with the above named employer the respondent made a request for information that could lead the diagnosis of a disability. On ~~December 21, 2015~~ *JAN 2 1 2016* G.C., I believe the employer regarded me as disabled by sending me home and removing me from the schedule. The employer then demanded that I submit medical clearance before I could return to work. February 13, 2016, the employer terminated me alleging that I quit because I did not provide medical documentation.

I believe I have been discriminated against by being removed from the schedule and terminated due to my, disability, genetic information, and in retaliation for engaging in a protected activity, in violation of Title I of the Americans with Disabilities Act of 1990, as amended and the Genetic Information Non-Discrimination Act of 2008, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT **X** |
| **X  12-7-16**   **X** *Glenn Childs* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date         Charging Party Signature | |

JS 44   (Rev. 08/16)

# CIVIL COVER SHEET

County in which action arose: _Wayne_

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

_Glenn v. Childs_

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

_Wayne_

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

_Guardian Guard Service Inc_

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*   _Butzel Long Attorney Firm_
_Brett J. Miller_
_P68612_

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT

| |
|---|
| ☐ 110 Insurance |
| ☐ 120 Marine |
| ☐ 130 Miller Act |
| ☐ 140 Negotiable Instrument |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |
| ☐ 151 Medicare Act |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |
| ☐ 160 Stockholders' Suits |
| ☐ 190 Other Contract |
| ☐ 195 Contract Product Liability |
| ☐ 196 Franchise |

### TORTS

**PERSONAL INJURY**
| |
|---|
| ☐ 310 Airplane |
| ☐ 315 Airplane Product Liability |
| ☐ 320 Assault, Libel & Slander |
| ☐ 330 Federal Employers' Liability |
| ☐ 340 Marine |
| ☐ 345 Marine Product Liability |
| ☐ 350 Motor Vehicle |
| ☐ 355 Motor Vehicle Product Liability |
| ☐ 360 Other Personal Injury |
| ☐ 362 Personal Injury - Medical Malpractice |

**PERSONAL INJURY**
| |
|---|
| ☐ 365 Personal Injury - Product Liability |
| ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |
| ☐ 368 Asbestos Personal Injury Product Liability |

**PERSONAL PROPERTY**
| |
|---|
| ☐ 370 Other Fraud |
| ☐ 371 Truth in Lending |
| ☐ 380 Other Personal Property Damage |
| ☐ 385 Property Damage Product Liability |

### FORFEITURE/PENALTY

| |
|---|
| ☐ 625 Drug Related Seizure of Property 21 USC 881 |
| ☐ 690 Other |

### LABOR

| |
|---|
| ☐ 710 Fair Labor Standards Act |
| ☐ 720 Labor/Management Relations |
| ☐ 740 Railway Labor Act |
| ☐ 751 Family and Medical Leave Act |
| ☐ 790 Other Labor Litigation |
| ☐ 791 Employee Retirement Income Security Act |

### BANKRUPTCY

| |
|---|
| ☐ 422 Appeal 28 USC 158 |
| ☐ 423 Withdrawal 28 USC 157 |

### PROPERTY RIGHTS

| |
|---|
| ☐ 820 Copyrights |
| ☐ 830 Patent |
| ☐ 840 Trademark |

### SOCIAL SECURITY

| |
|---|
| ☐ 861 HIA (1395ff) |
| ☐ 862 Black Lung (923) |
| ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 864 SSID Title XVI |
| ☐ 865 RSI (405(g)) |

### FEDERAL TAX SUITS

| |
|---|
| ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 871 IRS—Third Party 26 USC 7609 |

### OTHER STATUTES

| |
|---|
| ☐ 375 False Claims Act |
| ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 400 State Reapportionment |
| ☐ 410 Antitrust |
| ☐ 430 Banks and Banking |
| ☐ 450 Commerce |
| ☐ 460 Deportation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 480 Consumer Credit |
| ☐ 490 Cable/Sat TV |
| ☐ 850 Securities/Commodities/ Exchange |
| ☐ 890 Other Statutory Actions |
| ☐ 891 Agricultural Acts |
| ☐ 893 Environmental Matters |
| ☐ 895 Freedom of Information Act |
| ☐ 896 Arbitration |
| ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 950 Constitutionality of State Statutes |

### REAL PROPERTY

| |
|---|
| ☐ 210 Land Condemnation |
| ☐ 220 Foreclosure |
| ☐ 230 Rent Lease & Ejectment |
| ☐ 240 Torts to Land |
| ☐ 245 Tort Product Liability |
| ☐ 290 All Other Real Property |

### CIVIL RIGHTS

| |
|---|
| ☐ 440 Other Civil Rights |
| ☐ 441 Voting |
| ☐ 442 Employment |
| ☐ 443 Housing/ Accommodations |
| ☐ 445 Amer. w/Disabilities - Employment |
| ☒ 446 Amer. w/Disabilities - Other |
| ☐ 448 Education |

### PRISONER PETITIONS

**Habeas Corpus:**
| |
|---|
| ☐ 463 Alien Detainee |
| ☐ 510 Motions to Vacate Sentence |
| ☐ 530 General |
| ☐ 535 Death Penalty |

**Other:**
| |
|---|
| ☐ 540 Mandamus & Other |
| ☐ 550 Civil Rights |
| ☐ 555 Prison Condition |
| ☐ 560 Civil Detainee - Conditions of Confinement |

### IMMIGRATION

| |
|---|
| ☐ 462 Naturalization Application |
| ☐ 465 Other Immigration Actions |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |   ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_American Disability Act of 1990  42 USC @ 12112 to 12117_

Brief description of cause:
_Wrongful Termination of employment  ADA o Genetic information_

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _300.000_

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _Gershwin A. Drain_   DOCKET NUMBER _2:16-cv-14167_

DATE
_October 11, 2016_

SIGNATURE OF ATTORNEY OF RECORD
_Glenn Childs_

### FOR OFFICE USE ONLY

RECEIPT #___   AMOUNT___   APPLYING IFP___   JUDGE___   MAG. JUDGE___

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.      Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

If yes, give the following information:

Court: UNITED STATES DISTRICT COURT EASTERN DISTRICT Southern Division

Case No.: 2:16-CV-14167

Judge: HON Gershwin A. Drain MAG DAVID R. Grand

Notes :

Case is onGoing AT This Time

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

☑ Two (2) completed **Civil Cover Sheets.**

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_____ + 2 = 3 **Complaints.**
# of Defendants   Total

Received by Clerk: _____ addresses are complete: _____

Case:2:17-cv-10984
Judge: Cox, Sean F.
MJ: Majzoub, Mona K.
Filed: 03-28-2017 At 03:53 PM
CMP CHILDS V GUARDIAN GUARD SERVICE
INC (BG)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>***Clerk, U.S. District Court***<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br>Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| **Service via Summons by Self** | **Service by U.S. Marshal**<br>(Only available if fee is waived) | **Service via Waiver of Summons**<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br><br><br><br>Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br><br>Received by Clerk: _____ | ☑ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13